THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CONCEICAO, Appellant.

Submitted June 16, 2014; decided June 26, 2014

Motion for assignment of counsel granted and Scott A. Rosenberg, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND DENSON, Appellant.

Submitted June 9, 2014; decided June 26, 2014

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD GRAHAM, Appellant.

Submitted June 16, 2014; decided June 26, 2014

Motion for assignment of counsel granted and Philip Rothschild, Esq., Hiscock Legal Aid Society, 351 South Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.